DUNLAP BENNETT & LUDWIG

333 N. Michigan Ave
#2700
Chicago, IL 60601
Phone: (312) 551-9500

August 9, 2022

**VIA CM/ECF:**

Colonel Peter R. Marksteiner
Clerk of the Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW, Suite 401
Washington, DC 20439

**Re: ADASA, Inc. v. Avery Dennison Corp., No. 2022-1092;**
**Rule 28(j) Supplemental Authority Letter**

Dear Colonel Marksteiner:

Appellee ADASA, Inc. respectfully submits this Rule 28(j) letter to complete an answer to a targeted question about standard of review posed by Judge Stark during yesterday's argument.

I mentioned authority on the table beside me holding the standard of review is "abuse of discretion" over a district court's determination that an expert's summary judgment opinion was "conclusory." Time did not permit reaching over to identify it. Given the panel's interest in the question, I wished to provide the name of that authority without delay: *Parrish v. Bentonville School District*, 896 F.3d 889, 896 (8th Cir. 2018) ("A district court does not abuse its ***discretion*** in excluding a conclusory, non-specific report.") (emphasis supplied). Other authority accords. *See Brainard v. Am. Skandia Life Assur. Corp.*, 432 F.3d 655, 663-64 (6th Cir. 2005) ("absence of meaningful analysis or reasoning" in expert affidavit named "conclusory" by district court meant "the district court acted well within its ***discretion*** by discarding" it as having evidentiary weight for summary judgment ruling) (emphasis supplied).

Respectfully submitted,
*/s/Robert P. Greenspoon*
Robert P. Greenspoon
Counsel for Appellee ADASA, Inc.