# United States Court of Appeals for the Federal Circuit

---

**ADASA INC.,**
*Plaintiff-Appellee*

**v.**

**AVERY DENNISON CORPORATION,**
*Defendant-Appellant*

---

2022-1092

---

Appeal from the United States District Court for the District of Oregon in No. 6:17-cv-01685-MK, Magistrate Judge Mustafa T. Kasubhai.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART, REVERSED-IN-PART, VACATED-IN-PART, AND REMANDED-IN-PART**

FOR THE COURT

December 16, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court